## DRAKE v. STATE.
### No. 21973.

Court of Criminal Appeals of Texas.
March 4, 1942.

J. W. McCullough, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of theft of chickens, and the waiver of a trial by jury, the court assessed his penalty at confinement in the county jail for twenty-five days.

The indictment appears to be in proper form. The record contains neither statement of facts nor bills of exceptions. Nothing is presented for review.

The judgment is affirmed.